**BENJAMIN N. SOUEDE**, OSB. No. 081775
benjamin@angelilaw.com
**DAVID H. ANGELI**, OSB No. 02024
david@angelilaw.com
Angeli Law Group LLC
1000 SW Broadway, Suite 1500
Portland, OR  97205
Telephone:  (503) 222-1125
Facsimile:  (503) 227-0880

Attorneys for Defendant Sierra Media, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLIR Systems, Inc., an Oregon corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Fluke Corporation and Sierra Media, Inc.,<br><br>  Defendant. | CASE NO. CV10-971 HU<br><br>**DECLARATION OF BENJAMIN N. SOUEDE IN SUPPORT OF UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AS TO ALL DEFENDANTS** |

I, Benjamin N. Souede, declare and testify as follows:

1. I represent defendant Sierra Media, Inc. ("Sierra Media) in the above-captioned matter. I am knowledgeable about the facts set forth herein and make this declaration in support of defendant Sierra Media's Unopposed Motion to Extend Responsive Pleading Deadline As To All Defendants.

2. On September 14, 2010, the Court granted Sierra Media's Unopposed Motion to extend the responsive pleading deadline in this matter for all defendants to and including October

PAGE 1 –   DECLARATION OF BENJAMIN N. SOUEDE IN SUPPORT OF UNOPPOSED
             MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AS TO ALL
             DEFENDANTS

15, 2010.  The present Motion is the second request for an extension to the responsive pleading deadline put forth by the parties in this matter.

     3.     I have conferred in good faith by telephone with counsel for plaintiff FLIR Systems, Inc. ("FLIR") and with counsel for co-defendant Fluke Corporation ("Fluke").  All parties agree to the unopposed motion to extend the responsive pleading deadline in this case to November 15, 2010.

     4.     This Motion is brought in good faith, and not for any improper purpose.

DATED: October 8, 2010.

                                        Respectfully submitted,

                                        s/ Benjamin N. Souede