**Michael A. Cohen, OSB #965776**
Email mcohen@schwabe.com
**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**William A. Brewer III,** *pro hac vice pending*
Email wab@bickelbrewer.com
**Michael J. Collins,** *appearing pro hac vice*
Email mjc@bickelbrewer.com
**C. Dunham Biles,** *appearing pro hac vice*
Email cdb@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214.653.4000
Facsimile: 214.653.1015

Of Attorneys for Plaintiff FLIR Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation, | Case No. 3:10-CV-971-HU |
| Plaintiff, | MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION EXTENDING DEADLINES |
| vs. | |
| SIERRA MEDIA, INC. and FLUKE CORPORATION, | Pursuant to LR 16-3 |
| Defendants. | |

Plaintiff FLIR Systems, Inc. ("FLIR") hereby submits this Memorandum in Support of

Unopposed Motion Extending Deadlines.

On November 30, 2010, Defendants filed their Motions to Dismiss for Failure to State a

Page 1 -   MEMORANDUM IN SUPPORT OF UNOPPOSED
           MOTION EXTENDING DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

Claim (the "Motions").[1]  Plaintiff disagrees with the arguments set forth in the Motions, but in an effort to avoid the unnecessary use of the resources of the Court and the parties and in lieu of a response, Plaintiff will file an amended complaint on or before December 21, 2010, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).[2]  Defendants will file an amended motion to dismiss or answer on or before January 18, 2011.  The parties submit that good cause is shown for the requested modifications to the current schedule in that this schedule will more effectively use the Court's and the parties' time;  no other extensions of the current schedule are requested.

Accordingly, the parties request that the Court enter an order providing that:  (1) Per the parties' stipulation, Defendants' Motions are withdrawn; 2) Ordering Plaintiff to file an amended complaint by December 21, 2010; and (3) Ordering Defendants to file a responsive pleading to the amended complaint by January 18, 2011.

Dated this 15th day of December, 2010.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  s/ Devon Zastrow Newman
Michael A. Cohen, OSB #965776
Devon Zastrow Newman, OSB #014627
Telephone 503.222.9981

BICKEL & BREWER
William A. Brewer III, *pro hac vice pending*
Michael J. Collins, *appearing pro hac vice*
C. Dunham Biles, *appearing pro hac vice*
Telephone 214.653.4000

Of Attorneys for Plaintiff, FLIR Systems, Inc.

---

[1] *See* Defendant Fluke Corporation's Motion to Dismiss for Failure to State a Claim (Docket No. 22) and Defendant Sierra Media, Inc.'s Motion to Dismiss for Failure to State a Claim (Docket No. 24).

[2] *See* FED. R. CIV. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under rule 12(b), (e), or (f), whichever is earlier.")

Page 2 -    MEMORANDUM IN SUPPORT OF UNOPPOSED
            MOTION EXTENDING DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900