**Michael A. Cohen, OSB #965776**
Email mcohen@schwabe.com
**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**William A. Brewer III,** *pro hac vice pending*
Email wab@bickelbrewer.com
**Michael J. Collins,** *appearing pro hac vice*
Email mjc@bickelbrewer.com
**C. Dunham Biles,** *appearing pro hac vice*
Email cdb@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214.653.4000
Facsimile: 214.653.1015

    Of Attorneys for Plaintiff FLIR Systems, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SIERRA MEDIA, INC. and FLUKE CORPORATION,<br><br>    Defendants. | Case No. 3:10-CV-971-HU<br><br>FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO |

FLIR Systems, Inc. (hereafter "FLIR") submits this Memorandum in Support of FLIR's Unopposed Motion for Extension of Time for Filing of Amended Complaint and Responses Thereto. Defendants have agreed to this motion, and to the deadline extensions sought thereby.

Page 1 -    FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

Pursuant to the Court's December 16, 2010, Civil Minute Order, FLIR's Amended Complaint is due on December 21, 2010, and Defendants' response thereto is due on January 18, 2011. FLIR respectfully requests the date for filing its Amended Complaint be extended to December 30, 2010; and additionally requests that Defendants' deadline to prepare and file a response to the Amended Complaint be similarly extended nine days, to January 27, 2011.

FLIR requests this additional time to file its Amended Complaint because as a result of the holidays and unexpected delays, FLIR's principals and lead counsel have not had adequate opportunity to review and approve the content of the pleading in sufficient time to meet the current deadline. The requested extension will not require any change in any other case management dates that have been set by the Court.

Dated this 20th day of December, 2010.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Devon Zastrow Newman
Michael A. Cohen, OSB #965776
Devon Zastrow Newman, OSB #014627
Telephone 503.222.9981

BICKEL & BREWER
William A. Brewer III, *pro hac vice pending*
Michael J. Collins, *appearing pro hac vice*
C. Dunham Biles, *appearing pro hac vice*
Telephone 214.653.4000

Of Attorneys for Plaintiff, FLIR Systems, Inc.

Page 2 - FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900