**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Dane H. Butswinkas** (*appearing pro hac vice*)
dbutswinkas@wc.com
**Matthew V. Johnson** (*appearing pro hac vice*)
mjohnson@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202.434.5000
Facsimile: 202.434.5409

Attorneys for Defendant Fluke Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.**, an Oregon corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>**SIERRA MEDIA, INC.**, a Washington corporation, and **FLUKE CORPORATION**, a Washington corporation,<br><br>                              Defendants. | No. 3:10-cv-00971-HU<br><br>Defendant Fluke Corporation's<br>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>Pursuant to Fed. R. Civ. P. 12(b)(6)<br><br>ORAL ARGUMENT REQUESTED |

PAGE 1 -   DEFENDANT FLUKE CORPORATION'S MOTION TO DISMISS FOR
           FAILURE TO STATE A CLAIM

709549.0001/901655.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant Fluke Corporation ("Fluke") conferred in good faith with counsel for Plaintiff Flir Systems, Inc. ("Flir") prior to the filing of this Motion. The parties were unable to resolve the issues raised in this motion.

## MOTION

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Fluke respectfully moves to dismiss Counts Two, Three and Four of the First Amended Complaint ("FAC") filed by Flir for failure to state claims upon which relief may be granted. First, Flir has not stated a claim for trade libel/commercial disparagement (Count Two) because it fails to allege that Fluke made a false statement against Flir and fails to specifically state special damages. Second, the FAC does not properly allege in support of its intentional interference with prospective economic relations (Count Three) because there is no allegation that Fluke's alleged interference disrupted an existing economic relationship between Flir and a third party and that Fluke knew of the relationship. Third, Flir has failed to state a claim for civil conspiracy (Count Four) because it has not pleaded with requisite particularity, has not adequately pleaded an underlying tort, and has failed to allege essential facts supporting the existence of a conspiratorial agreement to harm Flir. Accordingly, the Court should dismiss these claims.

DATED: January 27, 2011.

LANE POWELL PC

By _____
Kenneth R. Davis II, OSB No. 971132
Parna A. Mehrbani, OSB No. 053235
Telephone: 503.778.2100

WILLIAMS & CONNOLLY LLP
Dane H. Butswinkas (*appearing pro hac vice*)
Matthew V. Johnson (*appearing pro hac vice*)

Attorneys for Defendant Fluke Corporation

PAGE 2 -   DEFENDANT FLUKE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM