**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Michael J. Collins,** *appearing pro hac vice*
Email mjc@bickelbrewer.com
**C. Dunham Biles,** *appearing pro hac vice*
Email cdb@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214.653.4000
Facsimile: 214.653.1015

    Of Attorneys for Plaintiff FLIR Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SIERRA MEDIA, INC. and FLUKE CORPORATION,<br><br>    Defendants. | Case No. 3:10-CV-971-HU<br><br>FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FLUKE'S COUNTERCLAIMS |

FLIR Systems, Inc. (hereafter "FLIR") submits this Memorandum in Support of FLIR's Unopposed Motion for Extension of Time to respond to Defendant Fluke's Counterclaims. Defendant Fluke has agreed to the deadline extension sought by this motion.

Plaintiff FLIR's Answer to Defendant Fluke's Counterclaims is due on June 20, 2011. FLIR respectfully requests the date for its response to Defendant Fluke's Counterclaims be

Page 1 -   FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FLUKE'S COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

extended by two weeks, to July 5, 2011 (July 4, 2011 is a Court holiday).

FLIR requests this additional time to file its Answer to Defendant Fluke's Counterclaims because FLIR is currently analyzing and investigating Fluke's various allegations, including the specific advertisements that Fluke has alleged are the basis of its false advertising and/or unfair competition claims. FLIR needs this brief additional time to continue its investigation and formulate a responsive pleading. This motion is made in good faith and not for the purposes of delay. The requested extension will not require any change in any other case management dates that have been set by the Court.

Dated this 15th day of June, 2011.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Devon Zastrow Newman
Devon Zastrow Newman, OSB #014627
Telephone 503.222.9981

BICKEL & BREWER
Michael J. Collins, *appearing pro hac vice*
C. Dunham Biles, *appearing pro hac vice*
Telephone 214.653.4000

Of Attorneys for Plaintiff, FLIR Systems, Inc.

Page 2 - FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FLUKE'S COUNTERCLAIMS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900