**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Dane H. Butswinkas** (*appearing pro hac vice*)
dbutswinkas@wc.com
**Matthew V. Johnson** (*appearing pro hac vice*)
mjohnson@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029

Attorneys for Defendant Fluke Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.**, an Oregon corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>**SIERRA MEDIA, INC.**, a Washington corporation, and **FLUKE CORPORATION**, a Washington corporation,<br><br>                    Defendants. | No. 3:10-cv-00971-HU<br><br>Defendant/Counterclaim Plaintiff Fluke Corporation's<br>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE<br><br>Pursuant to Fed. R. Civ. P. 12(b)(6) & 12(f)<br><br>ORAL ARGUMENT REQUESTED |

PAGE 1 -   FLUKE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant/Counterclaim Plaintiff Fluke Corporation ("Fluke") conferred in good faith with counsel for Plaintiff/Counterclaim Defendant Flir Systems, Inc. ("Flir") prior to the filing of this Motion. The parties were unable to resolve the issues raised in this Motion.

## MOTION

Fluke respectfully brings this Motion pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). The Second Amended Complaint ("SAC") should be dismissed in its entirety as procedurally improper because Flir failed to seek leave to amend by the Court's July 8, 2011 deadline. In the alternative, Fluke moves with respect to the SAC's newly-added material—specifically, Fluke moves to dismiss Counts Two and Seven and moves to strike Flir's demand for punitive damages.

The SAC does not state a claim for unfair competition under Oregon common law (Count Two) because it fails to allege public confusion as a result of the misappropriation of intellectual property or misuse of a business or product name. In addition, Flir's claim for "Agency" (Count Seven) should be dismissed because "Agency" is not a viable cause of action under Oregon law. Finally, Flir's demand for punitive damages should be stricken because it is contrary to Article I, Section 8 of the Oregon Constitution, which prohibits the recovery of punitive damages in actions based on speech.

DATED: August 8, 2011

LANE POWELL PC

By /s/
Kenneth R. Davis II, OSB No. 971132
Parna A. Mehrbani, OSB No. 053235
Telephone: 503.778.2100

WILLIAMS & CONNOLLY LLP
Dane H. Butswinkas (*appearing pro hac vice*)
Matthew V. Johnson (*appearing pro hac vice*)

Attorneys for Defendant Fluke Corporation

PAGE 2 -   FLUKE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE