**BENJAMIN N. SOUEDE**, OSB. No. 081775
benjamin@angelilaw.com
**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:   (503) 227-0880

Attorneys for Defendant Sierra Media, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR Systems, Inc., an Oregon corporation, | CASE NO. CV10-971-HU |
| Plaintiff, | **DEFENDANT SIERRA MEDIA, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND IN THE ALTERNATIVE TO DISMISS COUNTS TWO AND SEVEN, AND TO STRIKE REQUESTS FOR PUNITIVE DAMAGES** |
| v. | |
| Fluke Corporation and Sierra Media, Inc., | |
| Defendants. | |
| | **(ORAL ARGUMENT REQUESTED)** |

PAGE 1 –   DEFENDANT SIERRA MEDIA, INC.'S MOTION TO DISMISS THE SECOND
             AMENDED COMPLAINT AND IN THE ALTERNATIVE TO DISMISS
             COUNTS TWO AND SEVEN, AND TO STRIKE REQUESTS FOR PUNITIVE
             DAMAGES

**LOCAL RULE 7.1 CERTIFICATION**

Counsel for Sierra Media, Inc. ("Sierra Media") conferred in good faith by telephone with counsel for FLIR Systems, Inc. ("FLIR") prior to the filing of this Motion. The parties were unable to resolve the dispute presented by this Motion.

**MOTION**

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendant Sierra Media respectfully moves to dismiss the Second Amended Complaint ("SAC") filed against it by Plaintiff in its entirety, because FLIR failed to obtain leave from the Court to amend or to obtain a stipulation from Sierra Media consenting to the filing, as required by Federal Rule of Civil Procedure 15 and by the Court's May 17, 2011 scheduling order. Indeed, FLIR failed even to seek either leave or a stipulation to amend.

In the alternative, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Sierra Media respectfully moves to dismiss Counts Two and Seven of the SAC for failure to state claims upon which relief may be granted. Sierra Media moves against the Counts in the Complaint as follows:

1. Count Two: FLIR has not stated a claim for unfair competition because it has not alleged sufficient facts regarding any customer confusion.

2. Count Seven: FLIR purports to state a claim for "Agency," but no such cause of action exists under Oregon law.

PAGE 2 –   DEFENDANT SIERRA MEDIA, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND IN THE ALTERNATIVE TO DISMISS COUNTS TWO AND SEVEN, AND TO STRIKE REQUESTS FOR PUNITIVE DAMAGES

Also in the alternative, Sierra Media respectfully moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the SAC's requests for punitive damages, because such damages would be unconstitutional under Article I, Section 8 of the Oregon Constitution.

DATED this 8th day of August, 2011.

                              Respectfully submitted,

                              s/ Benjamin N. Souede
                              BENJAMIN SOUEDE, OSB No. 081775
                              DAVID ANGELI, OSB No. 020244
                              (503) 954-2232
                              Attorneys for Defendant Sierra Media, Inc.