**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Michael J. Collins,** *appearing pro hac vice*
Email mjc@bickelbrewer.com
**C. Dunham Biles,** *appearing pro hac vice*
Email cdb@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214.653.4000
Facsimile: 214.653.1015

    Of Attorneys for Plaintiff FLIR Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SIERRA MEDIA, INC. and FLUKE CORPORATION,<br><br>    Defendants. | Case No. 3:10-CV-971-HU<br><br>FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS |

FLIR Systems, Inc. (hereafter "FLIR") submits this Memorandum in Support of FLIR's Unopposed Motion for Extension of Time to respond to Defendants Sierra Media, Inc.'s (hereafter "Sierra") Motion to Dismiss the Second Amended Complaint and in the Alternative to Dismiss Counts Two and Seven, and to Strike Requests for Punitive Damages and Fluke Corporation's (hereafter "Fluke") Motion to Dismiss for Failure to State a Claim and Motion to

Page 1 - FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

Strike. Defendants have agreed to the deadline extension sought by this motion.

Plaintiff FLIR's Responses to Defendants' Motions are due on August 25, 2011. FLIR respectfully requests the date for its responses to Defendants' Motions to Dismiss be extended by one week, to September 1, 2011.

FLIR requests this additional time to file its response to Defendants' motions because the issues addressed in the motion are complex and FLIR requires additional time for response. This brief one-week extension will provide additional time for counsel and FLIR to confer and complete the response. Counsel for Defendants do not oppose this motion, which is made in good faith and not for the purposes of delay. The requested extension will not require any change in any other case management dates that have been set by the Court.

Dated this 22nd day of August, 2011.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Devon Zastrow Newman
Devon Zastrow Newman, OSB #014627
Telephone 503.222.9981

BICKEL & BREWER
Michael J. Collins, *appearing pro hac vice*
C. Dunham Biles, *appearing pro hac vice*
Telephone 214.653.4000

Of Attorneys for Plaintiff, FLIR Systems, Inc.

Page 2 - FLIR'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900