# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 10-971-HU   **Date of Proceeding:** September 20, 2011

**Case Title:** FLIR Systems, Inc. v. Sierra Media, Inc., et al

**Presiding Judge:** Hon. Dennis J. Hubel   **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR   **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Devon Newman | Benjamin Souede |
| Michael Collins | Kenneth Davis |
| Robert Millimet | Matthew Johnson |

**DOCKET ENTRY:**

Telephone Scheduling Conference held - and ORDER granting the parties' joint request for an extension of case deadlines. A new case schedule is set forth below:

The deadline for completion of fact discovery is December 30, 2011.
The deadline for the filing of a Joint ADR Report is December 30, 2011.

The Telephone Status Conference previously set for August 3, 2011, is RESET to **January 25, 2012, at 10:00 a.m.** The court will place the call.

The parties' expert disclosures on those issues for which they have the affirmative burden of proof are due January 27, 2012. Responsive expert disclosures are due February 24, 2012. Rebuttal expert disclosures are due March 16, 2012. All expert discovery shall be completed by April 6, 2012.

The deadline for the filing of dispositive motions is April 20, 2012.

The deadline for the lodging of a Pretrial Order is August 17, 2012.

The Pretrial Conference is RESET to **September 20, 2012, at 9:30 a.m., in Courtroom #9B.**
The 5-day Jury Trial is RESET to **October 1, 2012 at 9:00 a.m.**
An amended jury trial management order shall be entered.

cc: ( ) All counsel   DOCUMENT NO: _____
**Civil Minutes**   **Honorable Dennis J. Hubel**
**Revised 4/22/98**

At the request of the parties, the court has reserved <B>October 6, 2011, at 1:30 p.m.</b>, for a telephone conference at which a discovery dispute, if still outstanding, will be addressed.

cc:  (  )  All counsel                                                                           DOCUMENT NO: _____
**Civil Minutes**                                                                                   **Honorable Dennis J. Hubel**
**Revised 4/22/98**